

# THE STATE OF TEXAS
## MANDATE

TO THE COUNTY COURT AT LAW OF LAMAR COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 18th day of February, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Michael Earitt White, Appellant            No. 06-13-00110-CR

           v.                      Trial Court No. 60286

The State of Texas, Appellee

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment and render a judgment of acquittal.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 16th day of April, A.D. 2015.

DEBRA K. AUTREY, Clerk